# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2527

_____

Frederick L. Pitchford,　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　Appellant,　　　　　　　*
　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　v.　　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　　*　Eastern District of Arkansas.
John E. Potter, Postmaster General,　*
U.S. Postal Service,　　　　　　　　*　[UNPUBLISHED]
　　　　　　　　　　　　　　　　　　*
　　　　　　Appellee.　　　　　　　　*

_____

Submitted: May 31, 2005
Filed: June 8, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Frederick L. Pitchford appeals following the district court's[1] orders dismissing his case under Federal Rule of Civil Procedure 41(b) and denying his motion for reconsideration. We affirm.

We lack jurisdiction to review the Rule 41(b) dismissal order, because the notice of appeal is untimely as to it. See United States v. Stute Co., 402 F.3d 820,

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

822 (8th Cir. 2005) (timely notice of appeal is mandatory and jurisdictional). We have jurisdiction to review the denial of Pitchford's motion to reconsider, and having carefully reviewed the record, we find no abuse of discretion in the denial of reconsideration. <u>See</u> <u>Middleton v. McDonald</u>, 388 F.3d 614, 616 (8th Cir. 2004) (standard of review).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____